PER CURIAM.
 

 We affirm this Anders
 
 [1]
 
 appeal but remand to correct a scrivener’s error in the judgment. Although the jury found Appellant guilty of attempted robbery with a firearm, not robbery with a firearm, the judgment reflects a conviction for robbery with a firearm. The twenty-five-year minimum mandatory sentence is nevertheless legal because Appellant discharged a firearm that resulted in serious bodily harm to the victim. § 775.087(2)(a)3.
 
 &
 
 (c), Fla. Stat. (2010). On remand, the judgment should be corrected in accordance with the jury verdict to reflect that Appellant was convicted of attempted robbery with a firearm.
 

 AFFIRMED AND REMANDED.
 

 PALMER, TORPY and EVANDER, JJ., concur.
 

 [1]
 

 .
 
 Anders v. California,
 
 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).